# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

NEORIS De MEXICO S.A. de C.V., a foregin corporation,

*Plaintiff(s)*

v.

DIOMEDES QUEZADA, an individual d/b/a FLEXGPS

*Defendant(s)*

Civil Action No. 19-21218-CIV-MARTINEZ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIOMEDES QUEZADA
18901 BRANTLEY ROAD, APT. 1606
FORT MYERS, FL 33907

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RICHARD J. ZADEN, ESQ.
SEILER SAUTTER ZADEN RIMES WAHLBRINK
2850 NORTH ANDREWS AVENUE
FORT LAUDERDALE, FL 33311
TEL: 954-568-7000
EMAIL: RZADEN@SSZRLAW.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: Apr 4, 2019

s/ Valerie Martinez
Deputy Clerk
U.S. District Courts